IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re
ADDIE SMITH ROEBUCK                             CASE NO. 12-30325-KKS
    Debtor.                                  CHAPTER 13

**MOTION FOR RELIEF FROM STAY**

Comes now, ASSET RECOVERY 24, LLC, C/O ACQURA LOAN SERVICES, ("CREDITOR"), moves the Court for the entry of an order granting it relief from the automatic stay and for grounds says as follows:

1. This Court has jurisdiction under 28 U.S.C. § 1334 and 11 U.S.C. § 362.

2. On 08/02/2007, Debtor executed and delivered a Mortgage and Promissory Note wherein she promised to make a total of payments of $136,800.00 payable in 360 consecutive monthly payments. The first payment was to be made on 9/1/2007.

3. The Affidavit of the Creditor is attached hereto as Exhibit "A".

4. To secure all payments under the Promissory Note, Debtor granted a security interest in the following described property:

> REAL PROPERTY LOCATED AT 2106 WILDERNESS PATH, FORT WALTON BEACH FL 32547, and all appurtenances therein and thereto,
>
> LEGAL DESCRIPTION:
>
> LOT 4, HIDDEN TRAILS V, A PLANNED UNIT DEVELOPMENT IN SECTION 33, TOWNSHIP 1 SOUTH, RANGE 24 WEST, ACCORDING TO THE PLAT THEREOF AS RECORDED IN PLAT BOOK 9 PAGE 37, OF THE PUBLIC RECORDS OF OKALOOSA COUNTY, FLORIDA.

(The Mortgage and Note are attached hereto as Exhibit "B")

5. CREDITOR has a perfected security interest in the above described property. The recorded assignments are attached hereto as Exhibit "C".

6. The Debtor has defaulted in the following particulars:

__x__    Failing to make Direct payments pursuant to the loan agreement. As of 2/1/2014 the post petition arrearage amount is $12,197.60.

7. As of 12/2/2013 the net rebated payoff was $163,265.80. The estimated value is $88,738.00. A copy of the Okaloosa County Tax Assessment is attached hereto as Exhibit "D".

8. At the time of the filing of this case, the Debtor was due for the February 2011, payment.

9. The Creditor requests this court waiver the fourteen (14) day "stay" in accordance with Fed. R. Bankr. P. 4001(a)(3).

10. Should this Honorable Court deny the Creditor's Motion for Relief from Automatic Stay, the Creditor would request that this Honorable Court direct that the stay shall be immediately lifted, without further order or notice, as to the Creditor in the event that the Debtor should default on any future payments.

11. The Creditor has had to incur additional expense in order to collect this post-petition debt in the form of Attorneys fees and costs and requests this Court award the Creditor reasonable Attorney's fees and costs associated with this matter.

WHEREFORE, after notice and a hearing, CREDITOR, requests the entry of an order granting it relief from the automatic stay.

        /s/ KENT D. MCPHAIL
        KENT D. MCPHAIL, ESQ.
        FLORIDA BAR NO. 0852767
        DUMAS & MCPHAIL, L.L.C.
        P. O. Box 870
        Mobile, AL  36601
        (251)438-2333

**CERTIFICATE OF SERVICE**

I, Kent D. McPhail, do hereby certify that I have on this the 11th day of FEBRUARY, 2014, served a copy of the above and foregoing pleading to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
Debtor
ADDIE SMITH ROEBUCK
2106 WILDERNESS PATH
FORT WALTON BEACH FL 32547

ECF FILING NOTIFICATION
ERICH M. NIEDERLEHNER
ATTORNEY FOR DEBTOR
1202 WEST GARDEN ST
PENSACOLA FL 32502
erich@gotdebtpensacola.com

ECF FILING NOTIFICATION
LEIGH D. HART
TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302
ldhdock@earthlink.net

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
110 E. PARK AVE STE 128
TALLAHASSEE FL 32301
USTPRegion21.TL.ECF@usdoj.gov

        /s/ KENT D. MCPHAIL
        KENT D. MCPHAIL