STATE OF TEXAS

COUNTY OF COLLIN



## AFFIDAVIT

BEFORE ME, the undersigned, Notary Public, personally appeared Authorized Signer, Robert Barbaro of Acqura Loan Services, who is known to me and after being by me first duly sworn, deposes and says the following:

In the regular performance of my job functions at Acqura Loan Services, as servicer for ASSET RECOVERY 24, LLC, I am familiar with the business records maintained by Acqura Loan Services for the purpose of servicing mortgage loans, collecting payments and pursuing any delinquencies (Servicing records). Acqura's servicing records typically include electronic data compilations and imaged documents pertaining to the loans it services. I hereby certify and state that said records were made in the regular course of business, and that it was in the regular course of said office for such records to be made at the time of the events, transactions, or occurrences to which they refer or within a reasonable time thereafter. The Mortgage, Note and Assignments attached to the motion for relief are true is a true and accurate copy of the original documents. This loan shows the following:

1. Loan No.: **0705
2. Debtor: Addie Smith Roebuck

3. Bankruptcy Case No.: 12-30325-KKS
4. Property Description: 2106 Wilderness Path
   Fort Walton Beach FL 32547

5. Value of Collateral per Okaloosa County Tax Assessor — $88,738.00
6. Estimated Pay-off Amount as of 12/2/2013 — $163,265.80
7. Delinquent Status as of 2/1/2014

Arrearage

3/1/13-2/1/2014 @ $1,099.74 each      $13,196.88
Suspense                              (999.28)

**Total Post Petition arrearage**     $12,197.60

_____
Robert Barbaro
Vice President

STATE OF TEXAS
COUNTY OF COLLIN

Robert Barbaro, herewith declares under the penalties of perjury:

That she is competent under the law to give this declaration and has personal knowledge of the facts stated herein:

Subscribed and sworn before me this 7th day of February, 20 14 by ~~Lisa Miller~~. Robert Barbaro /JK

_____
Notary  Jarod Knight
Expiration Expires 8/14/2017

JAROD KNIGHT
Notary Public, State of Texas
My Commission Expires
August 14, 2017