IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re
ADDIE SMITH ROEBUCK                             CASE NO. 12-30325-KKS
    Debtor.                                  CHAPTER 13

WITHDRAWAL OF MOTION FOR RELIEF FROM STAY, DOC NO. 53

Comes now, ASSET RECOVERY 24, LLC, C/O ACQURA LOAN SERVICES, by and through its attorney of record, and files this Withdrawal of their Motion for Relief from Stay, Doc No. 53. Debtor is current through March 14, 2014.

Respectfully submitted March 14, 2014

/s/ KENT C. MCPHAIL
KENT D. MCPHAIL
Florida Bar No. 0852767
Attorney for Creditor
126 Government St.
P.O. Box 870
Mobile, AL 36601
(251)438-2333

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on the parties listed below this 14th day of March, 2014, by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
Debtor
ADDIE SMITH ROEBUCK
2106 WILDERNESS PATH
FORT WALTON BEACH FL 32547

ECF FILING NOTIFICATION
ERICH M. NIEDERLEHNER
ATTORNEY FOR DEBTOR
1202 WEST GARDEN ST
PENSACOLA FL 32502
erich@gotdebtpensacola.com

ECF FILING NOTIFICATION
LEIGH D. HART

TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302
ldhdock@earthlink.net

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
110 E. PARK AVE STE 128
TALLAHASSEE FL 32301
USTPRegion21.TL.ECF@usdoj.gov

                                                  /s/ KENT D. MCPHAIL
                                                  KENT D. MCPHAIL