UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                              CASE NO. 12-30325-KKS
                                                    CHAPTER 13
ADDIE SMITH ROEBUCK

_____Debtor(s)_____/

## CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: ASSETS RECOVERY 24, LLC which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 474134 in the amount of 886.29 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
           OFFICE OF THE CHAPTER 13 TRUSTEE
           POST OFFICE BOX 646
           TALLAHASSEE, FL 32302
           ldhecf@earthlink.net
           (850) 681-2734 "Telephone"
           (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ADDIE SMITH ROEBUCK<br>2106 WILDERNESS PATH<br>FORT WALTON BEACH, FL 32547 | ASSETS RECOVERY 24, LLC<br>ACQURA LOAN SERVICES<br>PAYMENT PROCESSING DEPARTMENT<br>P.O. BOX 202743<br>DALLAS, TX 75320 |

AND

ERICH M NIEDERLEHNER, P.A.
1202 WEST GARDEN ST.
PENSACOLA, FL 32502

on the same date as reflected on the Court's docket as the electronic filing date for this document.

        /s/Leigh D. Hart or
        /s/William J. Miller, Jr.
3/27/2014  2:39 pm / CR_213
           OFFICE OF CHAPTER 13 TRUSTEE