IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re
ADDIE SMITH ROEBUCK                                    CASE NO. 12-30325-KKS
    Debtor.                                            CHAPTER 13

      Comes now Creditor, ASSET RECOVERY 24, LLC, C/O ACQURA LOAN SERVICES, by and through undersigned counsel and files this Notice of Change of Address and states that the address of Creditor is as follows:

      Mailing Address:
      Acqura Loan Services
      7668 Warren Pkwy Ste 325
      Frisco Texas 75034

      Payment Address:
      Acqura Loan Services
      P O Box 4869
      Department #446
      Houston TX 77210

      /s/ Kent D. McPhail
      Kent D. McPhail FL Bar No. 0852767
      Attorney for Creditor
      Dumas & McPhail, LLC
      P O Box 870
      Mobile AL 36601
      (251) 438-2333

CERTIFICATE OF SERVICE

      I, Kent D. McPhail, do hereby certify that I have on this the 11th day of FEBRUARY, 2014, served a copy of the above and foregoing pleading to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
Debtor
ADDIE SMITH ROEBUCK
2106 WILDERNESS PATH
FORT WALTON BEACH FL 32547

ECF FILING NOTIFICATION
ERICH M. NIEDERLEHNER
ATTORNEY FOR DEBTOR
1202 WEST GARDEN ST
PENSACOLA FL 32502
erich@gotdebtpensacola.com

ECF FILING NOTIFICATION
LEIGH D. HART
TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302
ldhdock@earthlink.net

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
110 E. PARK AVE STE 128
TALLAHASSEE FL 32301
USTPRegion21.TL.ECF@usdoj.gov

                    /s/ KENT D. MCPHAIL
                    KENT D. MCPHAIL