IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

In re
ADDIE SMITH ROEBUCK                             CASE NO. 12-30325-KKS
   Debtor.                                      CHAPTER 13

RESPONSE TO TRUSTEE'S NOTICE OF PAYMENT OF UNCLAIMED FUNDS

COMES NOW, ASSETS RECOVERY 24, LLC, c/o Acqura Loan Services, and files this its Response to Trustee's Notice of Payment of Unclaimed Funds and states the following:

1. Acqura did not receive the payment of $886.29 due to it was mailed to the wrong payment address.

2. Acqura filed a Notice of Change of Address on March 28, 2014, with the correct payment mailing address

WHEREFORE, Acqura requests that the check be reissued to the correct payment address.

Respectfully submitted:

 /s/ KENT D. MCPHAIL
KENT D. MCPHAIL, ESQ.
FLORIDA BAR NO. 0852767
DUMAS & MCPHAIL, L.L.C.
P. O. Box 870
Mobile, AL   36601
(251)438-2333

CERTIFICATE OF SERVICE

I, Kent D. McPhail, do hereby certify that I have on this the 11th day of FEBRUARY, 2014, served a copy of the above and foregoing pleading to the parties listed below by the service method indicated:

U.S. MAIL, FIRST CLASS POSTAGE PREPAID
Debtor
ADDIE SMITH ROEBUCK
2106 WILDERNESS PATH
FORT WALTON BEACH FL 32547

ECF FILING NOTIFICATION
ERICH M. NIEDERLEHNER
ATTORNEY FOR DEBTOR
1202 WEST GARDEN ST
PENSACOLA FL 32502
erich@gotdebtpensacola.com

ECF FILING NOTIFICATION
LEIGH D. HART
TRUSTEE
P O BOX 646
TALLAHASSEE FL 32302
ldhdock@earthlink.net

ECF FILING NOTIFICATION
UNITED STATES TRUSTEE
110 E. PARK AVE STE 128
TALLAHASSEE FL 32301
USTPRegion21.TL.ECF@usdoj.gov

                                        /s/ KENT D. MCPHAIL
                                        KENT D. MCPHAIL