# United States Bankruptcy Court
## Northern District of Florida
### Pensacola Division

In re: **Roebuck, Addie**　　　　　　　　　　Case No.: __12-30325-LMK__
　　　　　　　　　　　　　　　　　　　　　　　Chapter: 　　__13__

### NOTICE OF PROVIDING TAX RETURN TO TRUSTEE

Notice is hereby given that the Debtor(s) by and through undersigned counsel provided a copy of the Debtor's 2015 1040 U.S. Individual Income Tax Return to the Chapter 13 Trustee on May 26, 2015.

I hereby certify that a true and correct copy of the foregoing was delivered via U.S. Mail postage prepaid and/or by electronic means to Leigh Hart, Trustee and Charles Edwards U.S. Trustee.

　　　　　　　　　　　　　　　　　　　　　　　/s/Erich Niederlehner
　　　　　　　　　　　　　　　　　　　　　　　Erich M. Niedelrehner
　　　　　　　　　　　　　　　　　　　　　　　Law Office of Erich M. Niederlehner, P.A.
　　　　　　　　　　　　　　　　　　　　　　　F.B.N. 0513822
　　　　　　　　　　　　　　　　　　　　　　　1202. W Garden Street
　　　　　　　　　　　　　　　　　　　　　　　Pensacola, FL 32502
　　　　　　　　　　　　　　　　　　　　　　　850-607-2222 Phone
　　　　　　　　　　　　　　　　　　　　　　　850-607-2211 Fax
　　　　　　　　　　　　　　　　　　　　　　　ErichN@GotDebtPensacola.com
　　　　　　　　　　　　　　　　　　　　　　　Attorney for the Debtor(s)