FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

2015 AUG 26  A 9:56

IN RE:

ADDIE SMITH ROEBUCK,

Case No.: 12-30325-KKS
Chapter: 13

_____Debtor(s)_____/

## ORDER DISAPPROVING APPLICATION FOR THE RECOVERY OF UNCLAIMED FUNDS (DOC. 70)

**THIS CAUSE**, having come before the Court on the Application for the Recovery of Unclaimed Funds (the "Application," Doc. 70) filed on March 17, 2015, by Dilks & Knopik, LLC, attorney-in-fact for ClearSpring Loan Services, Inc., and having reviewed the file, and being otherwise fully advised in the premises;

It is **ORDERED**:

The Application for the Recovery of Unclaimed Funds (Doc. 70) is disapproved without prejudice for the following reason(s):

1. Dilks & Knopik, LLC, did not mark on the Application whether it provided a copy of the Application to the Tallahassee or Pensacola Office of the United States Attorney. For this reason, the Court cannot determine whether the requirement in 28 U.S.C. § 2042 (2015) that notice be provided to the United States attorney has been met.

2. The Affidavit of Robert Barbaro, attached to the Application, states that Acqura Loan Services is the servicer for "ASSET RECOVERY 24, LLC." (Doc. 70-1, at 1.) Proof of Claim 6-2 and the Notices of Payment of Unclaimed Funds (Docs. 52, 64), however, name the appropriate creditor as Assets Recovery 24, LLC. Since the name in the affidavit does not completely match the name on Proof of Claim 6-2 or the Notices of Payment of

1

TP

Unclaimed Funds, the Court cannot determine if Acqura Loan Services is acting on behalf of the entity entitled to claim the funds in question.

3. The Delegation of Authority attached to the Application permits "Kathleen R. Misch" to act on behalf of Vantium Capital, Inc. (Doc. 70, at 6), which later changed its name to ClearSpring Loan Services, Inc. (Doc. 70-1, at 5.) The Limited Power of Attorney that gives Dilks & Knopik, LLC, authority to act on behalf of ClearSpring Loan Services, Inc. was signed by "Kasey Misch." (Doc. 70, at 5). For this reason, the Court cannot determine if the appropriate person executed the Limited Power of Attorney for ClearSpring Loan Services, Inc.

DONE and ORDERED on August 26, 2015.

KAREN K. SPECIE
U.S. Bankruptcy Judge

Copies to:
All parties in interest