# Segment Returns LLC

P.O. Box 40054
Arlington, VA 22204
Phone: (571) 344-8857
Fax:    (571) 431-6356
Email: JFalbo@segmentreturnsllc.com

## Motion For Release of Unclaimed Funds

2/2/16

Northern District of Florida
United States Bankruptcy Courthouse
110 East Park Avenue, Suite 100
Tallahassee, FL 32301

Dear United States Bankruptcy Court for the Northern District of Florida: (Pensacola)

Segment Returns, LLC petition for the release of the following unclaimed funds on behalf of Assets Recovery 24 LLC.

| Creditor | Case# | Amount | Type of Money |
|---|---|---|---|
| ASSETS RECOVERY 24 LLC | 12-30325 | $886.29 | Unclaimed Funds |
| ASSETS RECOVERY 24 LLC | 12-30325 | $857.22 | Unclaimed Funds |

Please issue payment of unclaimed funds to the following address:

**Assets Recovery 24 LLC**
**C/O Segment Returns LLC**
**P.O. Box 40054**
**Arlington, VA 22204**

Following this cover letter are two (2) original notarized applications for payment of unclaimed funds forms, two (2) original notarized affidavits of claimant forms, and original notarized Power of Attorney. Please contact me if any additional information/documentation is required in order to release the above mentioned unclaimed funds in the manner requested.

Thank you,

Segment Returns LLC
Jeffrey S. Falbo
JFalbo@segmentreturnsllc.com

FILED

2016 FEB -5 P 12: 21

CLERK
BANKRUPTCY COURT
NORTHERN DISTRICT FL

## LIMITED POWER OF ATTORNEY

Dec 18, 2015

Assets Recovery 24 LLC
Attn: James Fratangelo
2100 Ponce De Leon Blvd, Suite 720
Coral Gables, Fl 33134

Dear Mr. Falbo:

I, James Fratangelo, designate Segment Returns, LLC. as my attorney-in-fact on the following terms and conditions:

1.    **Authority**. The Agent is authorized to act for me under this Power of Attorney as described herein.
2.    **Power of Attorney**. The Agent may act and exercise power, authority, and control on my behalf, with regard to the following described below:

limited to the following powers:

a. To pursue three (3) refundable credit balances due;
b. To communicate with the necessary parties involved in the releasing and expediting of three (3) refundable credit balances;
c. Convey to the holding authority what address refund are to be mailed;
d. Preparation of any paperwork required for the release of three (3) refundable credit balances;
e. Executing necessary release documents for the release of three (3) refundable credit balances;
f. Recover credit balances which are being held by local and federal governmental agencies;

3.    **Durability**. This power of attorney is enforceable and limited to the following three (3) refundable credit balances:

| Payee Name | Amount |
|---|---|
| ASSETS RECOVERY 24 LLC | $2,777.37 |
| ASSETS RECOVERY 24 LLC | $886.29 |
| ASSETS RECOVERY 24 LLC | $857.22 |

4.    **Original Counterparts**. Photocopies of this signed Power of Attorney shall be treated as original counterparts

This instrument is to be construed and interpreted as a limited power of attorney. This limited power of attorney shall not be affected by disability of the principal/agent, except as provided by statute.

_____    1·21·16
Signature                          Dated

In witness, by signing this instrument I affirm all that is written above.

State of ︎FLORIDA          City/County of MIAMI DADE

Signed or attested before me on this 21st day of JANUARY ,2016

_____
(Signature of notarial official seal)          My commission expires: 1·20·2019

Notary Public State of Florida
Valentin Cabal
My Commission FF 190788
Expires 01/20/2019

IRS DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI   OH   45999-0023

Date of this notice:  02-05-2013

Employer Identification Number:
46-1958438

Form:  SS-4

Number of this notice:  CP 575 G

SEGMENT RETURNS LLC
JEFFREY S FALBO SOLE MBR
PO BOX 1595  40054
MARIANNA, VA  20108

arlington, VA 22204

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB AT THE END OF THIS NOTICE.


                WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

        Thank you for applying for an Employer Identification Number (EIN).  We assigned you
EIN 46-1958438.  This EIN will identify you, your business accounts, tax returns, and
documents, even if you have no employees.  Please keep this notice in your permanent
records.

        When filing tax documents, payments, and related correspondence, it is very important
that you use your EIN and complete name and address exactly as shown above.  Any variation
may cause a delay in processing, result in incorrect information in your account, or even
cause you to be assigned more than one EIN.  If the information is not correct as shown
above, please make the correction using the attached tear off stub and return it to us.

        A limited liability company (LLC) may file Form 8832, *Entity Classification Election*,
and elect to be classified as an association taxable as a corporation.  If the LLC is
eligible to be treated as a corporation that meets certain tests and it will be electing S
corporation status, it must timely file Form 2553, *Election by a Small Business
Corporation*.  The LLC will be treated as a corporation as of the effective date of the S
corporation election and does not need to file Form 8832.

        To obtain tax forms and publications, including those referenced in this notice,
visit our Web site at www.irs.gov.  If you do not have access to the Internet, call
1-800-829-3676 (TTY/TDD 1-800-829-4059) or visit your local IRS office.

**IMPORTANT REMINDERS:**

        *  Keep a copy of this notice in your permanent records.  **This notice is issued only
           one time and the IRS will not be able to generate a duplicate copy for you.**  You
           may give a copy of this document to anyone asking for proof of your EIN.

        *  Use this EIN and your name exactly as they appear at the top of this notice on all
           your federal tax forms.

        *  Refer to this EIN on your tax-related correspondence and documents.

        If you have questions about your EIN, you can call us at the phone number or write to
us at the address shown at the top of this notice.  If you write, please tear off the stub
at the bottom of this notice and send it along with your letter.  If you do not need to
write us, do not complete and return the stub.

        Your name control associated with this EIN is SEGM.  You will need to provide this
information, along with your EIN, if you file your returns electronically.

        Thank you for your cooperation.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                              CASE NO. ___12-30325_____

   Addie Smith Roebuck

_____ Debtor(s) /

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

_____ Segment Returns, LLC _____ ("Applicant")

applies to this Court for entry of an order directing the clerk to remit the sum of $ ___886.29_____

due to____Assets Recovery 24 LLC_____ ("Claimant").

| 1. | Full legal name of Claimant (*If Claimant is an individual, skip to* | Assets Recovery 24 LLC |
|----|----------------------------------------------------------------------|------------------------|
| 2. | Type of Entity (*corporation, LLC, partnership*) | LLC |
| 3. | State of Incorporation/Organization | FL |
| 4. | Name and Title of Authorizing Officer or Representative | James Fratangelo - Manager |
| 5. | Current Mailing Address | 2100 Ponce De Leon Blvd, Suite 720 Coral Gables, Fl 33134 |
| 6. | Telephone Number | 305-456-9167 |
| 7. | SS# (*last 4 digits only*) or EIN # | 45-2831027 |
| 8. | Amount Being Claimed | $886.29 |

     Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:   *(check the applicable statement)*

     ☐ Applicant is the **original creditor** and owner of the funds as it appears on the records of this Court;

     ☐ Applicant is the **assignee** of the original creditor's claim to said funds, as evidenced in the attached documentation;

     ☐ Applicant is the original creditor's **successor in interest**, as evidenced in the attached documentation;

     ☒ Applicant is an **attorney or "funds locator"** named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*

          ☒ Original creditor and owner of the claim;

          ☐ Original creditor's attorney with authorization to receive said funds;

          ☐ Assignee of the original creditor's claim to said funds;

          ☐ Successor in interest of the original creditor; or

          ☐ Personal representative of the original creditor's estate.

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S. C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on __2/2/16__ (date), at: (**check the applicable location**)

      ☐  (Gainesville, Tallahassee, and Panama City
          Divisions) 111 N. Adams St., 4th Floor, Tallahassee,
          FL  32301

      ☒  (Pensacola Division)
          21 E. Garden St., Ste. 400, Pensacola, FL  32502

Therefore, Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**SIGNATURE BLOCK FOR AN INDIVIDUAL** (*signature block for an entity on next page*)

Dated: _____      _____
                                         Signature of Individual Applicant

                                         Print Name:_____

                                         Street Address: _____

                                         City/State/Zip: _____

                                         Telephone (*including area code*): _____

Sworn to and subscribed before me this ____ day of _____, 20___,  by

_____.

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

_____     [SEAL]

Notary Public                                  My commission expires:_____

In and for the State of _____

**SIGNATURE BLOCK FOR AN ENTITY** *(signature block for individual on previous page)*

Dated: __2/2/16__

___Segment Returns LLC on behalf of Assets Recovery__ 24 LLC
Name of Applicant (entity)

By _____

Print Name: __Jeffrey Falbo_____

Title:__ Limited Power of Attorney_____

Street Address: __2026 Columbia Pike # 6_____

City/State/Zip:        __Arlington, VA 22204_____

Telephone *(including area code)*: __571-344-8857_____

Sworn to and subscribed before me this __2__ day of ___2___, 20_16_, by

_Jeffrey Falbo_.

Personally Known _____ OR Produced Identification __X__

Type of Identification Produced __VA2  A627349 24__

_____   [SEAL]

Notary Public

In and for the State of __VA__

My commission expires:__10/31/17__

JUAN C. LAZO
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31, 2017
COMMISSION # 31 1001

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: _____    CASE NO. 12-30325

    Addie Smith Roebuck

_____ Debtor(s) /

## AFFIDAVIT OF CLAIMANT

    I, _____, the undersigned claimant [*or duly authorized representative for the claimant as identified in paragraph (2)*], declare as follows:

    1. I _____Jeffrey Falbo_____ [*Claimant or authorized representative of Claimant that has been granted a power of attorney to submit for claimant as indicated in the attached power of attorney*] am seeking payment of $ __886.29_____ held in the registry of the Court.

    2. My name, position with company [*if applicable*], address and telephone number are as follows:

        ___Jeffrey Falbo - Limited Power of Attorney_____
        ___2026 Columbia Pike # 6_____
        ___Arlington, VA 22204_____
        ___571-344-8857_____

    3. Copies of all necessary documentation, including those which establish the chain of ownership of the original corporate creditor [*e.g. documents relating to a sale of company, purchase agreements and/or stipulation by prior and new owner as a right of ownership of funds*] and which substantiate claimant's right to the funds, are attached.

4.  I [*or the business that I represent as claimant*] have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: 2/2/16

_____
Signature   of   Claimant   or   duly   authorized representative

Print Name: Jeffrey Falbo

Title: Limited Power of Attorney

Sworn to and subscribed before me this 2 day of 2 , 20 16 , by

Jeffrey Falbo .

Personally Known _____ OR Produced Identification X

Type of Identification Produced VA9L A62734924

_____        [SEAL]
Notary Public
In and for the State of VA

My commission expires: 10/31/17

JUAN C. LAZO
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31, 2017
COMMISS...

3 11931

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE:                                          CASE NO. _12-30325_____

Addie Smith Roebuck

_____ Debtor(s) /

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

_____Segment Returns, LLC_____ ("Applicant")
applies to this Court for entry of an order directing the clerk to remit the sum of $ __857.22_____
due to____Assets Recovery 24 LLC_____ ("Claimant").

| | | |
|---|---|---|
| 1. | Full legal name of Claimant *(If Claimant is an individual, skip to* | Assets Recovery 24 LLC |
| 2. | Type of Entity *(corporation, LLC, partnership)* | LLC |
| 3. | State of Incorporation/Organization | FL |
| 4. | Name and Title of Authorizing Officer or Representative | James Fratangelo - Manager |
| 5. | Current Mailing Address | 2100 Ponce De Leon Blvd, Suite 720 Coral Gables, Fl 33134 |
| 6. | Telephone Number | 305-456-9167 |
| 7. | SS# *(last 4 digits only)* or EIN # | 45-2831027 |
| 8. | Amount Being Claimed | $857.22 |

Applicant represents that Applicant is authorized to submit this Application and is entitled to receive the requested funds based upon:  *(check the applicable statement)*

☐ Applicant is the **original creditor** and owner of the funds as it appears on the records of this Court;
☐ Applicant is the **assignee** of the original creditor's claim to said funds, as evidenced in the attached documentation;
☐ Applicant is the original creditor's **successor in interest**, as evidenced in the attached documentation;
☒ Applicant is an **attorney or "funds locator"** named in a special/limited power of attorney, which document is attached hereto, that is valid under the laws of the State of Florida, that empowers Applicant to collect the unclaimed funds described above on behalf of the Claimant. Applicant states that the Claimant is the: *(check the applicable statement)*
    ☒ Original creditor and owner of the claim;
    ☐ Original creditor's attorney with authorization to receive said funds;
    ☐ Assignee of the original creditor's claim to said funds;
    ☐ Successor in interest of the original creditor; or
    ☐ Personal representative of the original creditor's estate.

This Application is submitted with the necessary documents to establish (1) Applicant's authority to collect the unclaimed funds on behalf of the Claimant and (2) the Claimant's entitlement to the particular unclaimed funds. The Application was completed and submitted in accordance with the Court's instructions for filing an application for payment of unclaimed funds.

In accordance with 28 U.S. C. § 2042, Applicant certifies that a copy of this Application (and all attachments) have been provided to the Office of the United States Attorney on $2/2/16$ (date), at: (*check the applicable location*)

☐    (Gainesville, Tallahassee, and Panama City
Divisions) 111 N. Adams St., 4th Floor, Tallahassee,
FL  32301

☒    (Pensacola Division)
21 E. Garden St., Ste. 400, Pensacola, FL  32502

Therefore,  Applicant requests the Court enter an order directing payment of unclaimed funds described above to the Applicant, or if the Applicant is not the Claimant, to the Applicant and Claimant, in accordance with the documents submitted in support of the Application.

Under penalty of perjury, I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

**SIGNATURE BLOCK FOR AN INDIVIDUAL** (*signature block for an entity on next page*)

Dated: _____          _____
                                        Signature of Individual Applicant

                                        Print Name: _____

                                        Street Address: _____

                                        City/State/Zip: _____

                                        Telephone *(including area code)*: _____

Sworn to and subscribed before me this ____ day of _____, 20___,  by

_____.

Personally Known _____ OR Produced Identification _____

Type of Identification Produced _____

_____          [SEAL]

Notary Public                                       My commission expires:_____

In and for the State of _____

**SIGNATURE BLOCK FOR AN ENTITY** (*signature block for individual on previous page*)

Dated: _2/2/16_

_Segment Returns LLC on behalf of Assets Recovery_ 24 LLC
Name of Applicant (entity)

By_____

Print Name: __Jeffrey Falbo_____

Title:__Limited Power of Attorney_____

Street Address: _2026 Columbia Pike # 6_____

City/State/Zip:        _Arlington, VA 22204_____

Telephone *(including area code)*: _571-344-8857_____

Sworn to and subscribed before me this _2_ day of _____2_____, 20_16_, by

_Jeffrey Falbo_.

Personally Known _____ OR Produced Identification _X_

Type of Identification Produced / _VADL A62734924_

_____        [SEAL]

Notary Public
In and for the State of __VA__
My commission expires:__10/31/1__

JUAN C. LAZO
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31, 2017
COMMISSION # 311931

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA

IN RE: _____          CASE NO. 12-30325

    Addie Smith Roebuck

_____ Debtor(s) /

## AFFIDAVIT OF CLAIMANT

    I, _____, the undersigned claimant [*or duly
authorized representative for the claimant as identified in paragraph (2)*], declare as
follows:

    1. I _____Jeffrey Falbo_____ [*Claimant or authorized representative of Claimant
that has been granted a power of attorney to submit for claimant as indicated in the
attached power of attorney*] am seeking payment of $ __857.22__ held in the registry
of the Court.

    2. My name, position with company [*if applicable*], address and telephone number
are as follows:

       __Jeffrey Falbo - Limited Power of Attorney__
        __2026 Columbia Pike # 6__
        __Arlington, VA 22204__
        __571-344-8857__

    3. Copies of all necessary documentation, including those which establish the chain
of ownership of the original corporate creditor [*e.g. documents relating to a sale of
company, purchase agreements and/or stipulation by prior and new owner as a right of
ownership of funds*] and which substantiate claimant's right to the funds, are attached.

4.  I *[or the business that I represent as claimant]* have neither previously received these funds nor contracted with any other party other than the person named in item one above to recover  these funds.

I certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _2/2/16_

_____
Signature  of  Claimant  or  duly  authorized representative

Print Name: _Jeffrey Falbo_

Title: _Limited Power of Attorney_

Sworn to and subscribed before me this _2_ day of _2_ , 20 _16_ , by

_Jeffrey Falbo_ .

Personally Known _____ OR Produced Identification _X_

Type of Identification Produced _VADL A62734924_

_____         [SEAL]
Notary Public
In and for the State of _VA_

My commission expires: _10/31/17_

JUAN C. LAZO
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES  OCT. 31, 2017
COMMISSION # 311931

## 2015  FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L11000084354

**Entity Name:** ASSETS RECOVERY 24, LLC

**FILED**
**Jan 14, 2015**
**Secretary of State**
**CC5982351169**

**Current Principal  Place of Business:**

2100 PONCE DE LEON BLVD, SUITE 720
CORAL GABLES,  FL  33134

**Current Mailing Address:**

2100 PONCE DE LEON BLVD, SUITE 720
CORAL GABLES,  FL  33134

**FEI Number: NOT APPLICABLE**

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL  33324  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

| | |
|---|---|
| Electronic Signature of Registered Agent | Date |

**Authorized Person(s) Detail :**

| | |
|---|---|
| Title | MGRM |
| Name | ASSETS RECOVERY 23, LLC |
| Address | 2100 PONCE DE LEON BLVD, SUITE 720 |
| City-State-Zip: | CORAL GABLES  FL  33134 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

| SIGNATURE: JAMES FRATANGELO | MGR | 01/14/2015 |
|---|---|---|
| Electronic Signature of Signing Authorized Person(s) Detail | | Date |



FLORIDA DEPARTMENT OF STATE
DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

# Detail by Entity Name

### Florida Limited Liability Company

ASSETS RECOVERY 24, LLC

### Filing Information

| | |
|---|---|
| **Document Number** | L11000084354 |
| **FEI/EIN Number** | N/A |
| **Date Filed** | 07/21/2011 |
| **State** | FL |
| **Status** | ACTIVE |
| **Last Event** | LC AMENDMENT |
| **Event Date Filed** | 08/05/2014 |
| **Event Effective Date** | NONE |

### Principal Address

2100 PONCE DE LEON BLVD, SUITE 720
CORAL GABLES, FL 33134

Changed: 08/05/2014

### Mailing Address

2100 PONCE DE LEON BLVD, SUITE 720
CORAL GABLES, FL 33134

Changed: 08/05/2014

### Registered Agent Name & Address

C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD
PLANTATION, FL 33324

### Authorized Person(s) Detail

### Name & Address

Title MGRM

ASSETS RECOVERY 23, LLC
2100 PONCE DE LEON BLVD, SUITE 720
CORAL GABLES, FL 33134

### Annual Reports

Copyright © and Privacy Policies
State of Florida, Department of State

| 2013 | 01/11/2013 |
| 2014 | 01/27/2014 |
| 2015 | 01/14/2015 |

## Document Images

| | |
|---|---|
| 01/14/2015 -- ANNUAL REPORT | View image in PDF format |
| 08/05/2014 -- LC Amendment | View image in PDF format |
| 05/01/2014 -- CORLCCAUTH | View image in PDF format |
| 01/27/2014 -- ANNUAL REPORT | View image in PDF format |
| 01/11/2013 -- ANNUAL REPORT | View image in PDF format |
| 07/18/2012 -- ANNUAL REPORT | View image in PDF format |
| 07/21/2011 -- Florida Limited Liability | View image in PDF format |